*Messrs. J. P. Lorentzen* and *A. E. Coker* for petitioner. *Messrs. James G. Martin* and *C. C. Crenshaw* for respondents.

No. 800. CENTURY PRODUCTIONS, INC., ET AL. *v.* PATTERSON. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Pearlman* for petitioners. *Mr. Edward A. Sargoy* for respondent.

No. 803. MECHANICAL MANUFACTURING Co. *v.* MACANDREWS & FORBES Co. March 28, 1938. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Samuel A. Ettelson* and *Erwin M. Treusch* for petitioner. *Messrs. Loy N. McIntosh* and *Frederick Secord* for respondent.

No. 807. PHILLIPS *v.* TARRIER COMPANY. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. M. Voorhis* for petitioner. *Mr. Robert A. Littleton* for respondent.

No. 808. MISSOURI BROADCASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. March 28, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Louis G. Caldwell* and *Donald C. Beelar* for petitioner. *Solicitor General Jackson, Acting Assistant Attorney General Berge,* and *Messrs. Charles H. Weston* and *Hampson Gary* for the Federal Communications Commission. *Mr. Paul D. P. Spearman* for the Star-Times Publishing Co.